```
                                                         FILED
                                                  U.S. DISTRICT COURT
                                                    AUGUSTA DIV.
```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA  2019 MAY 16 PM 4:38
SAVANNAH DIVISION

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| COLLETTE CARPENTER, Individually, and As Personal Representative of the Estate of CLAYTON CARPENTER, Deceased; JON TERNSTROM, and MARIA TERNSTROM; <br><br> Plaintiffs, <br><br> vs. <br><br> LOCKHEED MARTIN CORPORATION, a Maryland corporation doing business in Georgia; <br><br> Defendant. | CV 419-100 |

# ORDER

The above captioned case filed in the Savannah Division of this Court currently being assigned to the undersigned,

It is **HEREBY ORDERED**, that this case be reassigned to the **Honorable Dudley H. Bowen, Jr.**, for further plenary disposition.

SO ORDERED, this 16th day of May, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA