IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

COLETTE CARPENTER, Individually    *
and as Personal Representative     *
of the Estate of CLAYTON           *
CARPENTER, Deceased; JON           *
TERNSTROM and MARIA TERNSTROM,     *    CV 419-100
                                   *
     Plaintiffs,                   *
                                   *
v.                                 *
                                   *
LOCKHEED MARTIN CORPORATION,       *
                                   *
     Defendant.                    *

O R D E R

Plaintiffs filed their Complaint in this product liability case on May 7, 2019. In lieu of an answer, Defendant filed a motion to dismiss on June 4, 2019. Plaintiffs thereafter sought and were granted two extensions of time to respond to the motion to dismiss. On June 28, 2019, Plaintiffs filed their third motion for an extension of time, which is unopposed. Through this third motion, the parties agreed that Plaintiffs shall have until July 12, 2019 to file their response to the motion to dismiss and Defendants shall have until July 29, 2019 to file a reply brief.

Upon due consideration, Plaintiffs' third motion for extension of time (doc. no. 14) is hereby **GRANTED**. Indeed, Plaintiffs timely filed their response to the motion to dismiss on

July 12, 2019. Defendant shall have until July 29, 2019 within which to file any reply brief.

Additionally, Plaintiffs have filed a motion to seal the deposition of one of Defendant's employees, Nick Lappos, who was deposed in a related litigation. Plaintiffs cite the deposition in their response to the motion to dismiss and in a recently filed motion to amend the complaint. Plaintiffs file the motion out of an abundance of caution for national security reasons.

Upon due consideration, Plaintiffs' motion to seal the deposition of Nick Lappos (doc. no. 19) is **GRANTED**. Plaintiffs are directed to submit the deposition to the Clerk of Court with clear reference to this Order. The Clerk of Court shall maintain the deposition under seal in the record of the case until further order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE