# United States District Court
## Southern District of Georgia

COLETTE CARPENTER, individually and as Personal Representative of the Estate of CLAYTON CARPENTER, Deceased; JON TERNSTROM and MARIA TERNSTROM,

Plaintiffs,

v.

LOCKHEED MARTIN CORPORATION,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 419-100

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 18, 2019, that Defendant's motion to dismiss is hereby granted.

Plaintiffs' remaining motion to amend the complaint is denied as moot. This case stands closed.

10/18/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*